FILED
CLERK, U.S. DISTRICT COURT
MAR 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TAMARA D. SMALLEY,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>      Defendant. | No. CV 06-2128-CJC (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that attorney's fees and expenses are awarded to plaintiff in the amount $6,412.50, as well as costs in the amount of $350.00.

DATED: March 18, 2008

                                              HONORABLE CORMAC J. CARNEY
                                              UNITED STATES DISTRICT JUDGE